UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-379 (RCL) |
| GERALD EILAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon a thorough review of each party's filings, the applicable law and the entire record herein, it is hereby

ORDERED that defendants' motions [220, 228, 230, 233, 235, 244, 246, 247, 251, 256, 389] to join or adopt the arguments of their codefendants are GRANTED. It is further

ORDERED that motions [219, 223, 226, 232, 234, 239, 259, 313, 327] by inactive defendants to join or adopt are DENIED as moot. It is further

ORDERED that all defendants' motions [209, 213, 214, 216, 227, 229, 255, 256, 258, 388] to suppress electronic surveillance evidence are DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 21, 2005.